UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

MICHAEL E. MCINERNEY,　　　　　　　　　　Case No. 11-58953-TJT
　　　　　　　　　　　　　　　　　　　　　　HON. THOMAS J. TUCKER
　　　　Debtor.
_____/

DANIEL M. McDERMOTT,　　　　　　　　　　Adversary Proceeding
　United States Trustee,　　　　　　　　　　　No. 12-04930-TJT
　　　　　　　Plaintiff,

vs.

MICHAEL E. MCINERNEY,

　　　　Defendant.
_____/

## ANSWER

Now Comes Defendant, Michael E. McInerney ("McInerney"), and for his Answer to Plaintiff's Complaint, states as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Neither admitted or denied.

6. Admitted as to a certain period of time.

7. Admitted.

8. Admitted as to a certain period of time.

9. Admitted.

10. Neither admitted or denied.

11. Neither admitted or denied.

12. Admitted.

13. Denied as untrue.

14. Admitted.

15. Admitted.

16. Admitted.

17. Denied as untrue.

18. Denied as untrue.

19. Neither admitted or denied.

20. Neither admitted or denied.

21. Neither admitted or denied.

22. Neither admitted or denied.

23. Denied as untrue.

24. Admitted.

25. Neither admitted or denied.

26. Denied as untrue.

27. Denied as untrue.

28. Denied as untrue.

29. Denied as untrue.

30. Neither admitted or denied.

31. Denied as untrue.

32. Denied as untrue.

33. Neither admitted or denied.

34. Denied as untrue.

35. Denied as untrue.

36. Denied as untrue.

37. Denied as untrue.

38. Neither admitted or denied.

39. Denied as untrue.

_____
Michael E. McInerney

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

MICHAEL E. MCINERNEY,

    Debtor.
_____/

DANIEL M. McDERMOTT,

    Plaintiff,

vs.

MICHAEL E. MCINERNEY,

    Defendant.
_____/

Case No. 11-58953-TJT
HON. THOMAS J. TUCKER

Adversary Proceeding
No. 12-04930-TJT

## CERTIFICATE OF SERVICE

Michael E. McInerney hereby certifies that on June 14, 2012, a copy of the Answer and this Certificate of Service were served upon Richard A. Roble via email at richard.a.roble@usdoj.govd via U.S. Mail at 211 W. Fort St., Suite 700, Detroit, MI 48226.

Dated: June 14, 2012

Respectfully submitted,

/s/ Michael E. McInerney
Michael E. McInerney

FILED 2012 JUN 14 A 11:25 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT