UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In re:**

**MICHAEL E. MCINERNEY,**

    **Debtor.**

_____/

Case No. 11-58953-TJT
HON. THOMAS J. TUCKER

**DANIEL M. McDERMOTT,**
United States Trustee,
    **Plaintiff,**

Adversary Proceeding
No. 12-4930

vs.

**MICHAEL E. MCINERNEY,**

    **Defendant.**

_____/

## OBJECTION TO U.S. TRUSTEES MOTION FOR SANCTIONS

Michael E. McInerney ("Defendant"), hereby objects to the United States Trustee's Motion for Sanctions (the "Motion"), and in support of this Objection, Defendant states as follows:

1. Defendant is defending himself in the proceeding, without the benefit of retained counsel. While Defendant is an attorney, he has not practiced for over 15 years and is not experienced either in litigation or bankruptcy law.

2. Attached hereto as Exhibit A is Defendant's Rule 26(a) Initial Disclosures, which have been filed with the Court on this date.

3. Defendant submits that Plaintiff has not been and will not be prejudiced in any manner as a result of Defendant filing his Initial Disclosures on this date, especially

since the substance of Defendant's disclosures are entirely included within Plaintiff's Initial Disclosures.

Wherefore, Defendant respectfully requests that the Court deny the Motion and grant such other relief as the Court deems necessary or appropriate.

November 6, 2012

_____
Michael E. McInerney, Defendant
4086 Nearbrook Road
Bloomfield Hills, MI 48302
248-709-3535