UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                Case No. 11-58953-TJT

MICHAEL E. McINERNEY, *pro se*,          Chapter 7

       Debtor.                                          JUDGE THOMAS J. TUCKER
_____/

DANIEL M. McDERMOTT,
United States Trustee,
                                                     Adversary Case No. 12-4930

       Plaintiff,

v.

MICHAEL E. McINERNEY, *pro se*,

       Defendant.
_____/

**ORDER GRANTING IN PART, AND DENYING IN PART,
THE UNITED STATES TRUSTEE'S MOTION FOR SANCTIONS**

        This adversary proceeding came before the Court for a hearing on December 19, 2012, on the United States Trustee's motion for sanctions against Defendant (Docket # 14, the "Motion"). For the reasons stated by the Court on the record during the hearing,

        IT IS ORDERED that:

1. The Motion (Docket # 14) is granted to the extent of the relief provided in this Order, and otherwise is denied.

2. No later than January 2, 2013, Defendant Michael E. McInerney must pay to the United States Trustee sanctions in the amount of $250.00.

3. Defendant's payment may not be in the form of a personal check, but rather must be in guaranteed funds — *e.g.*, a bank check or a money order, and must be made payable to the "United States Trustee," and delivered no later than January 2, 2013 to the office of the United States Trustee, 211 West Fort Street, Suite 700, Detroit, Michigan 48226, attention: Richard A. Roble.

.

**Signed on December 19, 2012**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge