UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 11-58953-TJT |
| MICHAEL E. McINERNEY, *pro se*, | Chapter 7 |
| Debtor. | JUDGE THOMAS J. TUCKER |
| _____/ | |
| DANIEL M. McDERMOTT,<br>United States Trustee, | |
| | Adversary Case No. 12-4930 |
| Plaintiff, | |
| v. | |
| MICHAEL E. McINERNEY, *pro se*, | |
| Defendant. | |
| _____/ | |

**ORDER DENYING THE PLAINTIFF UNITED STATES TRUSTEE'S
MOTION FOR SUMMARY JUDGMENT**

This adversary proceeding came before the Court for a hearing on December 19, 2012, on the United States Trustee's motion entitled "Motion for Summary Judgment Under 11 U.S.C. § 727(a)(7)" (Docket # 15, the "Motion"). For the reasons stated by the Court on the record during the hearing,

IT IS ORDERED that the Motion (Docket # 15) is denied.
.

**Signed on December 19, 2012**

                                                                                          /s/ Thomas J. Tucker
                                                                                          Thomas J. Tucker
                                                                                          United States Bankruptcy Judge