UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                             Case No. 11-58953-TJT

**MICHAEL E. McINERNEY,**                         Chapter 11

       Debtor.                                           HON. THOMAS J. TUCKER
_____/

**DANIEL M. McDERMOTT,**
**United States Trustee,**

       Plaintiff,                                   Adversary Case No. 12- 4930

v.

**MICHAEL E. McINERNEY,**

       Defendant.
_____/

## JOINT STATEMENT REGARDING CONSIDERATION
## RECEIVED BY PLAINTIFF IN CONTEMPLATION OF DISMISSAL
## OF ADVERSARY COMPLAINT IN COMPLIANCE WITH L.B.R. 7041-1

The United States Trustee commenced the above-referenced matter seeking to deny the Debtor's discharge pursuant to 11 U.S.C. § 727. The United States Trustee has agreed to dismiss the adversary proceeding and has not received and will not receive any compensation.

This Joint Statement is in compliance with L.B.R. 7041-1 (E.D.M.).

        **DANIEL M. McDERMOTT**
        **UNITED STATES TRUSTEE**
        Region 9

By:    /s/ Richard A. Roble (P51429)
         Richard.A.Roble@usdoj.gov               _____
         Trial Attorney                                Michael E. McInerney
         Office of the U.S. Trustee                   4086 Nearbrook Road
         211 West Fort St - Suite 700             Bloomfield Hills, MI 48302
         Detroit, Michigan 48226                    (248) 709-3535
         (313) 226-6769

Dated: January 8, 2013

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 11-58953-TJT

**MICHAEL E. McINERNEY,**  Chapter 11

Debtor.  HON. THOMAS J. TUCKER
_____/

**DANIEL M. McDERMOTT,**
**United States Trustee,**

Plaintiff,  Adversary Case No. 12- 4930

v.

**MICHAEL E. McINERNEY,**

Defendant.
_____/

## ORDER DISMISSING ADVERSARY CASE

**THIS MATTER** came before the Court on the Joint Statement Pursuant to L.B.R. 7041-1 (E.D.M.) dismissing Complaint for Denial of Debtor's Discharge. The United States Trustee and Defendant, agreed to dismiss this adversary proceeding seeking the denial of the Debtor's discharge.

The Court has reviewed the pleadings filed by the United States Trustee and finds that notice of the proposed dismissal has been served on all parties in interest and that no responses or objections have been filed and timely served under Adversary Case No. 12-4930 or Bankruptcy Case No.11-58953. The Court is otherwise fully advised in this matter.

**NOW, THEREFORE,**

**IT IS ORDERED** that this adversary proceeding is **DISMISSED.**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 11-58953-TJT

**MICHAEL E. McINERNEY,**                       Chapter 11

    Debtor.                  HON. THOMAS J. TUCKER
_____/

**DANIEL M. McDERMOTT,**
**United States Trustee,**

    Plaintiff,               Adversary Case No. 12- 4930

v.

**MICHAEL E. McINERNEY,**

    Defendant.
_____/

**NOTICE OF JOINT STATEMENT TO DISMISS ADVERSARY PROCEEDING**

    Plaintiff, United States Trustee, and Defendant, through their respective counsel, have filed a Joint Statement to dismiss the above-captioned adversary proceeding. The statement indicates that no consideration has been paid or will be paid to Plaintiff in conjunction with the dismissal. This notice is provided to comply with L.B.R. 7041-1 (E.D.M.)

    **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to dismiss the case, or if you want the court to consider your views on the motion, **within 14 days**, you or your attorney must:

    1.    File with the court a written response or an answer, explaining your position at:[1]

              United States Bankruptcy Court
              211 West Fort Street
              Detroit, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e).

You must also mail a copy to:   Richard A. Roble, Esq.
Office of the U.S. Trustee
211 W. Fort St., Ste. 700
Detroit, MI 48226

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

          Respectfully submitted,

          **DANIEL M. McDERMOTT**
          **UNITED STATES TRUSTEE**
          Region 9

          By    /s/ Richard A. Roble (P51429)
          Richard A.Roble@usdoj.gov
          Trial Attorney
          Office of the U.S. Trustee
          211 West Fort St - Suite 700
          Detroit, Michigan 48226
          (313) 226-6769

Date: January 11, 2013