UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 11-58953-TJT |
| **MICHAEL E. McINERNEY,** | Chapter 7 |
| Debtor. / | JUDGE THOMAS J. TUCKER |
| **DANIEL M. McDERMOTT,**<br>**United States Trustee,** | |
| Plaintiff, | Adversary Case No. 12-4930 |
| v. | |
| **MICHAEL E. McINERNEY,** | |
| Defendant. / | |

### ORDER DISMISSING ADVERSARY PROCEEDING

This adversary proceeding is before the Court on the Joint Statement Pursuant to L.B.R. 7041-1 (E.D.M.) dismissing Complaint for Denial of Debtor's Discharge (Docket # 37, the "Joint Statement"). The United States Trustee and Defendant agreed to dismiss this adversary proceeding seeking the denial of the Debtor's discharge.

The Court has reviewed the pleadings filed by the United States Trustee and finds that the Joint Statement has been served on all parties in interest and that no timely responses or objections have been filed in either this adversary proceeding or in Bankruptcy Case No.11-58953. The Court is otherwise fully advised in this matter.

**IT IS ORDERED** that this adversary proceeding is **DISMISSED.**

.

**Signed on January 29, 2013**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge